825 A.2d 514

IN THE MATTER OF SALVATORE DELELLO, JR., AN ATTORNEY AT LAW.

June 25, 2003.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **SALVATORE DeLELLO, JR.,** of **PISCATA-WAY,** who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of three years retroactive to August 31, 1999, by Order of this Court filed June 6, 2001, be restored to the practice of law, effective immediately.